IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **AUGUSTO JACINTO SALAS,** *Petitioner,* | : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **JL JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia, et al.,** | : : : : | **No. 26-cv-0382** |
| *Respondents.* | : | |

**ORDER**

**AND NOW**, this **29th** day of **April 2026**, upon review of the Petitioner' Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 13), and the docket, it is hereby **ORDERED** as follows:

1.  The Government shall **RESPOND** to Petitioner's Motion (ECF No. 13) by **May 11, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

_____

CHAD F. KENNEY, JUDGE

1