## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **AUGUSTO JACINTO SALAS,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JL JAMISON, in his official capacity as** | : | **No. 26-cv-0382** |
| **Warden of Federal Detention Center,** | : | |
| **Philadelphia, et al.,** | : | |
| | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **15th** day of **May 2026**, upon review of the Petitioner's Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 13), Respondents' Opposition (ECF No. 17), and the docket, it is hereby **ORDERED** as follows:

1.  Petitioner's Motion (ECF No. 13) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

2.  The Clerk of Court is **DIRECTED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

1